# 384 NEW JERSEY MISCELLANEOUS REPORTS.

THE SISTERS OF THE ORDER OF SAINT DOMINIC OF SEA
ISLE CITY, PROSECUTOR, v. CITY OF SEA ISLE CITY
ET AL., DEFENDANTS.

Argued May 6, 1924—Decided May 22, 1924.

**Taxes or Assessments—Exemptions—Religious or Charitable
Purposes.**

On *certiorari*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutor, *Charles K. Landis, Jr.*

For the defendants, *James M. E. Hildreth.*

PER CURIAM.

The *certiorari* in this case brings under review an assess-
ment of lands, buildings and furniture for the year 1923 of
property located in Sea Isle City, Cape May county. It is
claimed the property is exempt from taxation. The prop-
erty is used by the sisters to recuperate during the summer
vacation, each sister paying $7 per week while there. The
assessment was confirmed by the Cape May county board of
taxataion and the state board of taxes and assessment. It is
quite unnecessary to recite the facts. We think the prop-
erty does not fall within the provisions of the statute permit-
ting exemptions from taxation.

The assessment is therefore confirmed, and the writ of
*certiorari* dismissed.